## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: EVANS, JANICE L                          §    Case No. 08-32678
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/17/2010_____        By:  /s/BRADLEY J. WALLER_____
                                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: EVANS, JANICE L § Case No. 08-32678
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,162.14 |
| *and approved disbursements of* | $ 3,000.00 |
| *leaving a balance on hand of* [1] | $ 32,162.14 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,966.21 | $ 148.50 |
| Attorney for trustee | $ | $ |
| Appraiser | $ | $ |
| Auctioneer | $ | $ |
| Accountant | $ | $ |
| Special Attorney for trustee | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,489.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 86.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 9,550.56 | $ 8,244.89 |
| 2 | eCAST Settlement Corporation assignee of HSBC Bank | $ 1,672.64 | $ 1,443.97 |
| 3 | PYOD LLC assignee of Citibank | $ 557.12 | $ 480.96 |
| 4 | PYOD LLC assignee of Citibank | $ 15,082.20 | $ 13,020.29 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR T-Mobile | $ 116.05 | $ 100.18 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,510.49 | $ 4,757.14 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: aiwinski          Page 1 of 1        Date Rcvd: Dec 01, 2008
Case: 08-32678             Form ID: b9a            Total Served: 28

The following entities were served by first class mail on Dec 03, 2008.
```
db        +Janice L Evans,    PO Box 941,    Bolingbrook, IL 60440-1083
aty       +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
            Sycamore, IL 60178-3140
12913985   Absolute Resolutions Corp,    PO Box 880306,    San Diego, CA 92168-0306
12913986   Bank of America Visa,    P.O. Box 1758,    Newark, NJ 07101-1758
12913988  +Capital One Bank Visa,    PO Box 5294,    Carol Stream, IL 60197-5294
12913990  +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
12913991  +Citibank,    701 E 60th Street North,    Sioux Falls, SD 57104-0493
12913992  +Citizens Automobile Finance,    One Citizens Drive,    Riverside, RI 02915-3019
12913993   Citizens Bank-Flint,    33 S Saginaw St,    Flint, MI 48502
12913994  +Dutton & Dutton PC,    10325 W Lincoln Highway,    Frankfort, IL 60423-1280
12913995  +Ffcc-Columbus,    Po Box 20790,    Columbus, OH 43220-0790
12913996  +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
12913997  +GMAC,    P.O. Box 901009,    Fort Worth, TX 76101-2009
12913998  +Healthy Back /Gemb,    Po Box 981439,    El Paso, TX 79998-1439
12913999  +Hinsdale Hospital,    P.O. Box 9247,    Hinsdale, IL 60522-9247
12914005   Meridian Resource Company,    PO Box 2025,    Milwaukee, WI 53201-2025
12914006  +Rogers & Hollands Jewelers,    P.O. Box 879,    Matteson, IL 60443-0879
12914008   Sears,    PO Box 183081,    Columbus, OH 43218-3081
12914009  +T-Mobile Bankruptcy,    P.O. Box 37380,    Albuquerque, NM 87176-7380
```
The following entities were served by electronic transmission on Dec 02, 2008.
```
12913987   EDI: HFC.COM Dec 02 2008 02:18:00      Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
12913989   EDI: CHASE.COM Dec 02 2008 02:28:00     Chase N A,    880 Brooks Edge Bl,
            Westerville, OH 43081-2822
12913990  +EDI: CITICORP.COM Dec 02 2008 02:23:00     Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
12913991  +EDI: CITICORP.COM Dec 02 2008 02:23:00     Citibank,    701 E 60th Street North,
            Sioux Falls, SD 57104-0493
12914003   EDI: HFC.COM Dec 02 2008 02:18:00      HSBC Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
12914004  +EDI: HFC.COM Dec 02 2008 02:18:00      HSBC Retail Services,    1352 Charwood,    Suite A,
            Hanover, MD 21076-3125
12914001  +EDI: HFC.COM Dec 02 2008 02:18:00      Household Bank,    PO Box 17051,    Baltimore, MD 21297-1051
12914002  +EDI: HFC.COM Dec 02 2008 02:18:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12914007  +EDI: RMSC.COM Dec 02 2008 02:18:00      Sam's Club,    P.O. Box 981064,    El Paso, TX 79998-1064
12914008   EDI: SEARS.COM Dec 02 2008 02:18:00      Sears,    PO Box 183081,    Columbus, OH 43218-3081
12914000   EDI: FUNB.COM Dec 02 2008 02:23:00      Homeq Servicing,    PO Box 13716,
            Sacramento, CA 95853-3716
```
                                                                      TOTAL: 11

          ***** BYPASSED RECIPIENTS *****                              TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2008                    Signature:  _Joseph Speetjens_