**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: EVANS, JANICE L                                Case No. 08-32678
                                                      Chapter 7
_____,
              Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $270,425.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $28,047.43 | Claims Discharged Without Payment: $4,441.63 |
| Total Expenses of Administration: $4,114.71 | |

3) Total gross receipts of $ 35,162.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,000.00 (see **Exhibit 2**), yielded net receipts of $32,162.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,114.71 | 4,114.71 | 4,114.71 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 32,489.06 | 32,489.06 | 28,047.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $36,603.77 | $36,603.77 | $32,162.14 |

4) This case was originally filed under Chapter 7 on November 28, 2008. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010           By: /s/BRADLEY J. WALLER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Settlement | 1242-000 | 35,150.81 |
| Interest Income | 1270-000 | 11.33 |
| **TOTAL GROSS RECEIPTS** | | **$35,162.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Janice L. Evans | Exemption | 8100-002 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,966.21 | 3,966.21 | 3,966.21 |
| BRADLEY J. WALLER | 2200-000 | N/A | 148.50 | 148.50 | 148.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,114.71 | 4,114.71 | 4,114.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,550.56 | 9,550.56 | 8,244.89 |
| 2 | eCAST Settlement Corporation assignee of HSBC Bank | 7100-000 | N/A | 1,672.64 | 1,672.64 | 1,443.97 |
| 3 | PYOD LLC assignee of Citibank | 7100-000 | N/A | 557.12 | 557.12 | 480.96 |
| 4 | PYOD LLC assignee of Citibank | 7100-000 | N/A | 15,082.20 | 15,082.20 | 13,020.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR T-Mobile | 7100-000 | N/A | 116.05 | 116.05 | 100.18 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 5,510.49 | 5,510.49 | 4,757.14 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 32,489.06 | 32,489.06 | 28,047.43 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-32678  
**Case Name:** EVANS, JANICE L  
**Period Ending:** 11/09/10

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 11/28/08 (f)  
**§341(a) Meeting Date:** 12/22/08  
**Claims Bar Date:** 02/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 181 Plainview, Bolingbroo | 198,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Miscellaneous cash on hand | 200.00 | 200.00 | DA | 0.00 | FA |
| 3 | Checking account at Chase Bank | 20.00 | 20.00 | DA | 0.00 | FA |
| 4 | Checking account at Numark CUP | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | Savings & checking at TCF Bank | 30.00 | 30.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods & furnishings | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books & pictures | 100.00 | 100.00 | DA | 0.00 | FA |
| 8 | Miscellaneous wearing apparel | 500.00 | 500.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry | 300.00 | 300.00 | DA | 0.00 | FA |
| 10 | Pension plan at work | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Workman's Compensation claim for injuries sustai | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | 2008 Chevrolet Silverado | 33,500.00 | 33,500.00 | DA | 0.00 | FA |
| 13 | 2006 Cardinal travel Trailer | 18,000.00 | 18,000.00 | DA | 0.00 | FA |
| 14 | 2003 Chevrolet | 2,400.00 | 2,400.00 | DA | 0.00 | FA |
| 15 | 2001 Honda Accord | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16 | 2005 Chevrolet Avalanche | 15,375.00 | 15,375.00 | DA | 0.00 | FA |
| 17 | PI Settlement (u) | 35,150.81 | 35,150.81 |  | 35,150.81 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 11.33 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $305,575.81 | $107,575.81 |  | $35,162.14 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010          **Current Projected Date Of Final Report (TFR):**    July 30, 2010  (Actual)

Printed: 11/09/2010 10:54 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-32678  
**Case Name:** EVANS, JANICE L  

**Taxpayer ID #:** **-***9020  
**Period Ending:** 11/09/10  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***_*****62-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/09 | {17} | Law Offices of Berglund & Johnson | Settlement | 1242-000 | 35,150.81 | | 35,150.81 |
| 09/25/09 | 1001 | Janice L. Evans | Exemption | 8100-002 | | 3,000.00 | 32,150.81 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 32,151.23 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 32,152.54 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 32,153.89 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 32,155.24 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 32,156.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 32,157.72 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 32,159.16 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.21 | | 32,159.37 |
| 04/06/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -32,159.37 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 3,000.00 | 3,000.00 | $0.00 |
| Less: Bank Transfers | -32,159.37 | 0.00 | |
| **Subtotal** | 35,159.37 | 3,000.00 | |
| Less: Payments to Debtors | | 3,000.00 | |
| **NET Receipts / Disbursements** | **$35,159.37** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2010 10:54 AM   V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-32678 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | EVANS, JANICE L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-65 - Money Market Account |
| Taxpayer ID #: | **-***9020 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 32,159.37 | | 32,159.37 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.54 | | 32,160.91 |
| 05/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 1.23 | | 32,162.14 |
| 05/21/10 | | To Account #9200******6266 | | 9999-000 | | 32,162.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,162.14 | 32,162.14 | $0.00 |
| | | | Less: Bank Transfers | | 32,159.37 | 32,162.14 | |
| | | | Subtotal | | 2.77 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.77 | $0.00 | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-32678  
**Case Name:** EVANS, JANICE L

**Taxpayer ID #:** **-***9020  
**Period Ending:** 11/09/10

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/10 | | From Account #9200******6265 | | 9999-000 | 32,162.14 | | 32,162.14 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $148.50, Trustee Expenses; Reference: | 2200-000 | | 148.50 | 32,013.64 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,966.21, Trustee Compensation; Reference: | 2100-000 | | 3,966.21 | 28,047.43 |
| 08/20/10 | 103 | Chase Bank USA, N.A. | Dividend paid 86.32% on $9,550.56; Claim# 1; Filed: $9,550.56; Reference: | 7100-000 | | 8,244.89 | 19,802.54 |
| 08/20/10 | 104 | eCAST Settlement Corporation assignee of HSBC Bank | Dividend paid 86.32% on $1,672.64; Claim# 2; Filed: $1,672.64; Reference: | 7100-000 | | 1,443.97 | 18,358.57 |
| 08/20/10 | 105 | PYOD LLC assignee of Citibank | Dividend paid 86.32% on $557.12; Claim# 3; Filed: $557.12; Reference: | 7100-000 | | 480.96 | 17,877.61 |
| 08/20/10 | 106 | PYOD LLC assignee of Citibank | Dividend paid 86.32% on $15,082.20; Claim# 4; Filed: $15,082.20; Reference: | 7100-000 | | 13,020.29 | 4,857.32 |
| 08/20/10 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR T-Mobile | Dividend paid 86.32% on $116.05; Claim# 5; Filed: $116.05; Reference: | 7100-000 | | 100.18 | 4,757.14 |
| 08/20/10 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 86.32% on $5,510.49; Claim# 6; Filed: $5,510.49; Reference: | 7100-000 | | 4,757.14 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 32,162.14 | 32,162.14 | $0.00 |
| Less: Bank Transfers | 32,162.14 | 0.00 | |
| **Subtotal** | 0.00 | 32,162.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$32,162.14** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****62-65 | 35,159.37 | 0.00 | 0.00 |
| MMA # 9200-******62-65 | 2.77 | 0.00 | 0.00 |
| Checking # 9200-******62-66 | 0.00 | 32,162.14 | 0.00 |
| | **$35,162.14** | **$32,162.14** | **$0.00** |

{} Asset reference(s)